THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **EQUAL RIGHTS CENTER**,<br><br>   Plaintiff,<br><br> v.<br><br>**DETRICK PLAZA APARTMENTS**,<br>**FREDERICKTOWN ASSOCIATES**<br>**LIMITED PARTNERSHIP**,<br>**CRAIG HENRY**, and **FRANCIS FAWCETT**,<br><br>   Defendants. | Civil Action No. 1:13-cv-01201-JKB |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Equal Rights Center, Detrick Plaza Apartments, Fredericktown Associates Limited Partnership, Craig Henry, and Francis Fawcett hereby stipulate that the Court dismiss with prejudice the Equal Rights Center's complaint in this action, with each party to bear its own costs, including attorney's fees.

Dated:	August 7, 2013	Respectfully submitted,
	DETRICK PLAZA APARTMENTS,
	FREDERICKTOWN ASSOCIATES LIMITED
	PARTNERSHIP, CRAIG HENRY, and
	FRANCIS FAWCETT
	by their attorneys,

	  /s/ Ronald W. Taylor
	Ronald W. Taylor (Bar No. 03890)
	Thomas H. Strong (Bar No. 23716)
	VENABLE LLP
	750 East Pratt Street, Suite 900
	Baltimore, Maryland 21202
	Telephone: 410.244.7400
	Facsimile: 410.244.7742
	Emails: rwtaylor@venable.com
	            thstrong@venable.com


Dated:	August 7, 2013	Respectfully submitted,
	THE EQUAL RIGHTS CENTER
	by its attorneys,

	  /s/ Mark H. Churchill
Megan K. Whyte (Bar No. 18255)	Mark H. Churchill (Bar No. 16065)
Robert M. Bruskin (Bar No. 17479)	Margaret H. Warner (*pro hac vice*)
WASHINGTON LAWYERS' COMMITTEE	Johnny H. Walker (*pro hac vice*)
  FOR CIVIL RIGHTS & URBAN AFFAIRS	MCDERMOTT WILL & EMERY LLP
11 Dupont Circle, N.W., Suite 400	500 North Capitol Street, N.W.
Washington, D.C. 20036	Washington, D.C. 20001
Telephone: 202.319.1000	Telephone: 202.756.8000
Facsimile: 202.319.1010	Facsimile: 202.756.8087
Emails:  Megan_Whyte@washlaw.org	Emails: mchurchill@mwe.com
            Bob_Bruskin@washlaw.org	            mwarner@mwe.com
	            jhwalker@mwe.com