IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **EQUAL RIGHTS CENTER,** | * | |
| **Plaintiff** | * | |
| **v.** | * | CIVIL NO. JKB-13-1201 |
| **DETRICK PLAZA APARTMENTS,** *et al.* | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

In light of the Stipulation of Dismissal by the parties on August 7, 2013 (ECF No. 22), with the dismissal accomplished by operation of law pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, the Court DIRECTS the Clerk to close the case.

DATED this 8th day of August, 2013.

BY THE COURT:

_____/s/_____
James K. Bredar
United States District Judge